IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONNA MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 3:18-CV-630 |
| | ) | |
| vs. | ) | |
| | ) | Circuit Court of Jackson County |
| ROSS STORES, INC., Individually, and | ) | Cause No. 2018-L-10 |
| d/b/a ROSS DRESS FOR LESS, INC., and | ) | |
| ROSS DRESS FOR LESS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc. and Ross Dress for Less, Inc. (Ross), by and through the undersigned counsel, hereby remove to the United States District Court for the Southern District of Illinois the case styled *Donna Mullins v. Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc., and Ross Dress for Less, Inc.*, Case No. 2018-L-10, from the Circuit Court of Jackson County, Illinois, in which it is now pending. Ross states the following in support of this Notice of Removal:

1. On January 30, 2018, Plaintiff Donna Mullins ("Plaintiff") filed her Complaint in the First Judicial Circuit in Jackson County, Illinois alleging that she slipped and fell on Defendants' premises as the result of Defendants' negligence. A copy of the Complaint ("Complaint") is attached hereto as Exhibit A.

2. Ross was served with the Summons and Complaint on March 1, 2018. A copy of all process, pleadings and orders served upon Defendants is attached hereto as Exhibit A.

3. This Notice of Removal is filed within thirty (30) days of the date on which the case became removable and therefore is timely pursuant to 28 U.S.C. § 1446(b).

4. This action is removable pursuant to 28 U.S.C. § 1441(a) because it is within the United States District Court's diversity jurisdiction under 28 U.S.C. § 1332 in that Plaintiff and the named Defendants are citizens of different states and the amount in controversy, upon information and belief, exceeds $75,000.00.

5. Upon information and belief, Plaintiff is a resident of the State of Illinois. *See* Ex. A, Plaintiff's Complaint, ¶ 1.

6. Defendants Ross Stores, Inc. and Ross Dress for Less, Inc. are incorporated in the state of Virginia with their principal places of business in California. As such, for the purposes of diversity jurisdiction, Defendants are citizens of Virginia and/or California.

7. In Plaintiff's Complaint, Plaintiff claims that she "sustained permanent personal injury; has endured, and will continue to endure, pain, suffering, and a loss of normal life; has incurred, and will continue to incur, medical expenses in an effort to be cured of said injuries; and has lost wages which would have otherwise been earned." *See* Ex. A, Plaintiff's Complaint, ¶ 9.

8. Plaintiff's Complaint further claims damages "in excess of $50,000.00, plus cost of suit" without specifying any upper limit to the amount of damages claimed. *See* Ex. A, Plaintiff's Complaint, prayer.

9. Plaintiff's Complaint alleges past and future damages for both medical treatment, permanent/future injury and wage loss.

10. On information and belief, the amount in controversy in this case is greater than $75,000.00, the jurisdictional requirement of this Court for diversity purposes. *See generally* Plaintiff's Complaint, Ex. A.

12. A copy of this Notice of Removal will be filed in the Circuit Court of Jackson County, Illinois and served upon counsel for Plaintiff.

13. Attached hereto as <u>Exhibit A</u> are true and correct copies of all process, pleadings, and orders served upon Ross in this action in the Circuit Court of Jackson County, Illinois.

14. Venue is proper in this Court pursuant to 28 U.S.C. § 1446 as the United States District Court for the Southern District of Illinois geographically embraces the state court in Jackson County, Illinois in which Plaintiff filed the state court action.

WHEREFORE Defendants Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc. and Ross Dress for Less, Inc. pray that this Court enter its order removing this case from the Circuit Court for Jackson County, Illinois, to the District Court of the United States for the Southern District of Illinois, as provided by law.

Dated:  March 28, 2018

                                                          ROBERTS PERRYMAN, P.C.

By:    */s/ Susan Dimond*
Susan M. Dimond, #6292227
1034 S. Brentwood, Suite 2100
St. Louis, Missouri 63117
Phone: (314) 421-1850
Fax: (314) 421-4346 Fax
sdimond@robertsperryman.com

*Attorneys for Defendants Ross Stores, Inc., Individually and d/b/a Ross Dress For Less, Inc. and Ross Dress for Less, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF filing system which will send notification of such filing to the following:

Mr. Mark Prince [mdprince@princelawfirm.com]
***Attorneys for Plaintiff***                                                    */s/ Susan Dimond*