# IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
## JACKSON COUNTY, ILLINOIS

| | |
|---|---|
| DONNA MULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2018-L-10 |
| ) | |
| ROSS STORES, INC., Individually, and ) | |
| d/b/a ROSS DRESS FOR LESS, INC., and ) | |
| ROSS DRESS FOR LESS, INC., ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

To each defendant:   CT CORPORATION SYSTEM, Registered Agent for Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc, and Ross Dress for Less, Inc., 208 So. LaSalle St., Ste. 814, Chicago, IL 60604.

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, in the court house building, Murphysboro, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

(Seal of Court)

Witness  Feb 13 , 20 18

/s/ Cindy R. Svanda
(Clerk of the Circuit Court)

By: BD
(Deputy)

(Plaintiff's Attorney)
Name:       Mark D. Prince
            Prince Law Firm
Attorney for: Plaintiff
Address:    404 N. Monroe
City:       Marion, IL 62959
Phone:      (618) 997-2111
Fax:        (618) 997-2555

FOREIGN

**SERVICE FEES**

Service and Return...................  $_____
Miles _____ @ _____  $_____

Total.........................................  $_____

Sheriff of _____, County, _____

_____
Person Serving Documents(s)

Person Serving Documents(s) _____

I certify that I served this summons on defendants as follows:

**(a)-(Individual defendants-personal):**

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____

**(b) (Individual defendants -- abode):**

By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other persons making service, shall (a) identify as to sex, race, and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with the defendant.)

_____
_____
_____
_____

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Defendant
_____   Mailing Address
_____   Date of Mailing
_____

**(c) (Corporation Defendants):**

By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant Corporation
_____   Registered Agent, Officer or Agent
_____   Date of Service
_____

**d) (Other service):**

_____
_____

_____
Signature of person effecting service

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
## JACKSON COUNTY, ILLINOIS

| | |
|---|---|
| DONNA MULLINS, </br></br> Plaintiff, </br></br> vs. </br></br> ROSS STORES, INC., Individually, and d/b/a ROSS DRESS FOR LESS, INC., and ROSS DRESS FOR LESS, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 2018-L-10 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### SUMMONS

To each defendant:   **CT CORPORATION SYSTEM, Registered Agent for Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc, and Ross Dress for Less, Inc., 208 So. LaSalle St., Ste. 814, Chicago, IL 60604.**

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, in the court house building, Murphysboro, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.


(Seal of Court)

Witness __Feb 13_____, 20__18__

/s/ Cindy R. Svanda
_____
(Clerk of the Circuit Court)

By:_____BD_____
(Deputy)

(Plaintiff's Attorney)
Name:         Mark D. Prince
              Prince Law Firm
Attorney for: Plaintiff
Address:      404 N. Monroe
City:         Marion, IL 62959
Phone:        (618) 997-2111
Fax:          (618) 997-2555

**SERVICE FEES**

Service and Return...................... $_____

Miles _____ @ _____ $_____

Total.......................................... $_____

Sheriff of _____, County, _____

_____
Person Serving Documents(s)

Person Serving Documents(s) _____

I certify that I served this summons on defendants as follows:

**(a)-(Individual defendants-personal):**

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____

**(b) (Individual defendants -- abode):**

By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other persons making service, shall (a) identify as to sex, race, and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with the defendant.)

_____
_____
_____
_____

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Defendant

_____  Mailing Address
_____  Date of Mailing
_____

**(c) (Corporation Defendants):**

By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant Corporation

_____  Registered Agent, Officer or Agent
_____  Date of Service
_____

**d) (Other service):**

_____
_____
_____
Signature of person effecting service

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
JACKSON COUNTY, ILLINOIS

| | | |
|---|---|---|
| DONNA MULLINS, | ) | FILED |
| | ) | 1/30/2018 8:29 AM |
| Plaintiff, | ) | Cindy R. Svanda |
| | ) | Circuit Clerk |
| vs. | ) No. 18-L-10 | Jackson County, Il |
| | ) | BD |
| ROSS STORES, INC., Individually, and | ) | |
| d/b/a ROSS DRESS FOR LESS, INC., and | ) | |
| ROSS DRESS FOR LESS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, Donna Mullins, by her attorney, Mark D. Prince, of Prince Law Firm, and for her Complaint against the Defendants, Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc., and Ross Dress for Less, Inc., states as follows:

1. That at all times mentioned herein, the Plaintiff was a resident of Marion, Williamson County, Illinois.

2. That at all times mentioned herein, the Defendant, Ross Stores, Inc., Individually, and d/b/a Ross Dress for Less, Inc., and Ross Dress for Less, Inc., was a corporation that owned, maintained, and controlled the retail store known as Ross Dress for Less, located at 1261 East Main, Carbondale, Jackson County, Illinois.

3. That on or about February 6, 2016, the Plaintiff was a customer of Ross Dress for Less in Carbondale, Jackson County, Illinois.

4. That on or about February 6, 2016, the Defendants, by and through its agents, servants, and employees, recently waxed the store floor, making it very slippery. Further the Defendants had not put any finishing product on the floor to make it less slippery.

5. That the Defendants had not placed any sings or barricaded warning of the slippery floor.

6. That as the Plaintiff was shopping she slipped and fell.

7. That at said time and place, the Defendants, by and through its agents, servants, and employees, was negligent in one or more of the following manners:

    A. Failed to warn customers of the recently waxed floor;

    B. Failed to put finishing product on floor after the waxing;

    C. Failed to barricade the aisle so as to prevent patrons, including the Plaintiff, from walking on the slick floor; and

    D. Improperly maintained its premises.

8. That as a direct and proximate result of the Defendants' negligence, the Plaintiff slipped and fell.

9. That as a further direct and proximate result of one or more of the foregoing negligent acts or omissions to act on the part of the Defendants, the Plaintiff sustained permanent personal injury; has endured, and will continue to endure, pain, suffering, and a loss of normal life; has incurred, and will continue to incur, medical expenses in an effort to be cured of said injuries; and has lost wages which would have otherwise been earned.

WHEREFORE, the Plaintiff prays for judgment in her favor and against the Defendant in amount in excess of $50,000.00, plus cost of suit.

By: _____
Mark D. Prince
Attorney for Plaintiff

## AFFIDAVIT

The undersigned, after being duly sworn on oath, deposes and states that the amount of damages being sought in this case exceeds $50,000.00.

By: _____
Mark D. Prince

Signed and sworn to before me on this 29th day of January, 2018.

_____
Notary Public

"OFFICIAL SEAL"
AIMEE HEADD
Notary Public, State of Illinois
My Commission Expires 8/2/2020

PRINCE LAW FIRM
Attorneys at Law
404 North Monroe Street
PO Box 1050
Marion, IL 62959
Tel:   (618) 997-2111
Fax:   (618) 997-2555
mdprince@princelawfirm.net
www.princelawfirm.net